83 F.3d 438
 Brenda M. Johnson, William Guice, Oliver Flemming, Jessie Alford
v.
Desoto County Board of Commissioners of DeSoto County Board
of Commissioners, John Ed. Johnson, as Member of DeSoto
County Board of Commissioners, Pual Whitlock as Member of
DeSoto County Board of Commisioners, Ed W. Horton, as Member
of DeSoto County Board of Commissioners, Raymond Stewart, as
Member of DeSoto County Board of Commissioners, DeSoto
County School Board, Rodney
 NO. 94-3448
 United States Court of Appeals,
Eleventh Circuit.
 Mar 27, 1996
 M.D.Fla., 72
 F.3d 1556
 
 1
 DENIALS OF REHEARING EN BANC.